Submitted on briefs February 19, affirmed February 25, 1971

STATE OF OREGON, *Respondent, v.*
MANUEL LOPEZ, *Appellant.*

481 P2d 87

Bruce R. Smith, Eugene, filed the brief for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM

Defendant was convicted of armed robbery. His sole assignment of error on appeal is that the court instructed the jury that a verdict concurred in by 10 or more was sufficient. The instruction was correct. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).

Affirmed.